## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02159-BNB

RAYMOND OECHSLE,

     Plaintiff,

v.

MR. VEACH, Warden USP Terre Haute, IN,
MR. THOMAS WEBSTER, USP Terre Haute, IN,
MR. STEVEN NAFZIGER, Chief Doctor ADX Florence, and
RON WILEY, Warden ADX Florence, Colorado,

     Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV — 1 2007

GREGORY C. LANGHAM
CLERK

---

### MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On October 4, 2007, Plaintiff filed a "Motion to Waive Copy Requirements 'With Good Cause.'"  The Motion is DENIED as unnecessary.  The Clerk of the Court is directed to send to Plaintiff a copy of the Prisoner Complaint that he submitted to the Court on October 4, 2007.  In the future, if Plaintiff desires to keep a copy of the filings he sends to the Court he may hand-copy the filings.  Plaintiff has no constitutional right to photocopies.

Dated:  November 1, 2007

Copy of this **Minute Order, and a copy of the Complaint received 10/4/07** were mailed on November 1, 2007, to the following:

Raymond Oechsle
Reg. No. 44776-066
ADX - Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk