IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02159-BNB

RAYMOND OECHSLE,

 Plaintiff,

v.

MR. VEACH, Warden USP Terre Haute, IN,
MR. THOMAS WEBSTER, USP Terre Haute, IN,
MR. STEVEN NAFZIGER, Chief Doctor ADX, Florence, and
RON WILEY, Warden ADX, Florence, Colorado,

 Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2008

GREGORY C. LANGHAM
     CLERK

## ORDER TO DISMISS IN PART AND TO DRAW CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

Plaintiff Raymond Oechsle is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX Florence. On October 4, 2007, Plaintiff submitted to the Court a *pro se* Prisoner Complaint asserting violations of his constitutional rights. In the Complaint, Mr. Oechsle asserts that Defendants have denied him proper medical treatment for the severe cystic acne on his face, chest and groin area. Plaintiff further asserts that as a result he has permanent scarring and suffers from continual pain. Plaintiff seeks injunctive relief and money damages.

With respect to the claims asserted against Defendants Steven Nafziger and Ron Wiley, the action will be drawn to a district judge and to a magistrate judge.

As for the claims asserted against Defendants Mr. Veach and Thomas Webster, this Court lacks proper venue to review the claims. Under 28 U.S.C. § 1391, the statute that provides for venue, paragraph (b) states that:

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

Because the actions by Defendants Veach and Webster occurred in Terre Haute, Indiana, venue is improper in this Court. Therefore, Defendants Veach and Webster and the claims asserted against them will be dismissed. Accordingly, it is

ORDERED that Defendants Mr. Veach and Thomas Webster are dismissed from the action. It is

FURTHER ORDERED that the Clerk of the Court shall remove Defendants Mr. Veach and Thomas Webster from the docketing record as parties to this action. It is

FURTHER ORDERED that the claims asserted against remaining Defendants shall be drawn to a district judge and to a magistrate judge. It is

FURTHER ORDERED that Plaintiff's "Motion to Order B.O.P. Official to Make Copies of Legal Papers Needed for Court Filings," (Doc. No. 15), filed February 6, 2008, is denied as unnecessary.

DATED at Denver, Colorado, this 14 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02159-BNB

Raymond Oechsle
Reg. No. 44776-066
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/15/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk