IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 07-cv-02159-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: May 27, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| RAYMOND OECHSLE, | *Pro se*, via telephone |
| **Plaintiff,** | |
| v. | |
| STEVEN NAFZIGER, | Terry Fox |
| Chief Doctor ADX, Florence, *et al.*, | |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** PRELIMINARY SCHEDULING CONFERENCE
**Court in session:** 10:45 a.m.
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

The status of the case is discussed.

**ORDERED:** Defendants' Unopposed Motion to Temporarily Stay Discovery [filed May 21, 2008; doc. 36] is denied for the reasons stated on the record.

**ORDERED:** The government shall provide plaintiff with those portions of his medical file relevant to his chronic acne by June 10, 2008.

**ORDERED:** Defendants shall respond to Plaintiff's Motion for Summary Judgment (*doc. 34*) by June 13, 2008. Plaintiff shall respond to the Defendants' Motion to Dismiss (*doc. 29*) by June 27, 2008.

**ORDERED:** The parties may serve no more than twenty-five (25) requests for production and twenty-five (25) interrogatories by July 31, 2008. Objections as to scope and privilege may be made.

**ORDERED:** Discovery cutoff set for September 30, 2008.

HEARING CONCLUDED.
**Court in recess:** 11:46 a.m.
Total time in court: 01:01