# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 07-cv-02159-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** August 18, 2008 | **Courtroom Deputy:** Valeri Barnes |

RAYMOND OECHSLE,   Raymond Oechsle, p*ro se*,
                                                    *via telephone*
    **Plaintiff,**

v.

STEVEN NAFZIGER,   Terry Fox
Chief Doctor ADX, Florence, *et al.*,

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**

**10:40 a.m.**   **Court in session.**

Also present: Theresa Montoya, from the Bureau of Prisons.

Ms. Fox represents to the Court that she will provide the to the plaintiff the two affidavits requested in plaintiffs' Motion and the defendants' twenty-five discovery requests by the end of the day today.

**ORDERED:** Motion to Order B.O.P. Officials to Make Copies of Legal Papers Needed for Court Filings **(44)** is **granted in part and denied in part**.
    1)    Copies of Forty Nine Documents [sic] - **granted**.
    2)    Extension of Time to Respond to Defendants' Motion to Dismiss - Plaintiff shall respond no later than **September 19, 2008**.
    3    Extension of Time to Respond to Defendants' Discovery Requests to Plaintiff - Plaintiff shall respond no later than **September 29, 2008**.
    4)    Instruct Counselor Knox to Return Case Related Materials - **denied**.

Discovery cut-off is extended to **November 21, 2008**.

Ms. Fox is directed to provide the Court with a written report from her supervisors as to steps the U.S. Attorney's Office plans to implement with officials at the Bureau of Prisons to ensure that

the U.S. Attorney's Office receives accurate information from their representatives.

**11:42 a.m.     Court in recess/hearing concluded.**

Total time in court: 1:02