IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02159-MSK-CBS

RAYMOND OESCHLE,
    Plaintiff,
v.

MR. STEVEN NAFZIGER, Chief Doctor ADX & Florence, and,
RON WILEY, Warden ADX-Florence, Colorado,
    Defendants.
_____

ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE
_____

Magistrate Judge Craig B. Shaffer

    By an Order entered October 12, 2007 (doc. # 2), Mr. Oeschle was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(2), Mr. Oeschle is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full. In the Order granting him leave to proceed *in forma pauperis*, Mr. Oeschle was instructed either to make the required monthly payments or to show cause **each month** why he has no assets and no means by which to make the monthly payment. In order to show cause, Mr. Oeschle was directed to file a certified copy of his inmate trust fund account statement. Mr. Oeschle was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this civil action.

    Mr. Oeschle has failed to make the required monthly payments or show cause why he has no assets and no means by which to make the monthly payments for the months of July and August 2008. Therefore, Mr. Oeschle will be ordered either to make

the required monthly payments or to show cause why he cannot.

It is not acceptable for Mr. Oeschle to meet his monthly obligations only when specifically called upon by the court through an order to pay or show cause. Such a procedure unreasonably burdens the court. Consequently, hereafter the court will require Mr. Oeschle, by the **15th day** of **each** month and without any further notice from or order of the court, either to make the required monthly payment for each preceding month or to file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment. If Mr. Oeschle fails hereafter to comply with this requirement in any month prior to the date on which the filing fee is paid in full, the court will recommend that the case be dismissed for failure to comply with this Order and with the Order allowing him to proceed *in forma pauperis* entered October 12, 2007.

Accordingly, IT IS ORDERED that:

1. On or before **September 25, 2008,** Mr. Oeschle shall either make the required monthly payments for July and August 2008, or show cause for his inability to pay. In order to show cause, Mr. Oeschle must file a certified copy of his trust fund account statement for each month.

2. By the **15th day** of **each** month hereafter Mr. Oeschle shall either make the required monthly payment for each month or file a certified copy of his inmate trust fund account statement for the month demonstrating that he is not required pursuant to 28 U.S.C. § 1915(b)(2) to make a monthly payment.

3. The civil action number should be noted on all payments as well as on any trust fund statements that are filed with the court.

4. If Mr. Oeschle fails to comply with this order, the Prisoner Complaint and this civil action may be dismissed without further notice.

DATED at Denver, Colorado this 9th day of September, 2008.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge