IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02159-MSK-CBS

RAYMOND OECHSLE,

    Plaintiff,

v.

MR. STEVEN NAFZIGER, Chief Doctor ADX, Florence, and
RON WILEY, Warden ADX, Florence, Colorado,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the Motion to Dismiss by Plaintiff (Motion) **(#57)** filed October 7, 2008. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 7th day of October, 2008.

                                            **BY THE COURT:**

                                            *[signature: Marcia S. Krieger]*

                                            Marcia S. Krieger
                                            United States District Judge